1  STEPHENSON, ACQUISTO & COLMAN
2  MELANIE JOY YOUNG, ESQ.         (SBN 113755)
   BARRY SULLIVAN, ESQ.            (SBN 136571)
3  RICHARD A. LOVICH, ESQ.         (SBN 113472)
4  KARLENE ROGERS-ABERMAN, ESQ. (SBN 237883)
   CHRISTOPHER HAPAK, ESQ.         (SBN 267212)
5  303 N. Glenoaks Blvd., Suite 700
6  Burbank, CA 91502

7  Telephone:  (818) 559-4477
   Facsimile:   (818) 559-5484
8
   Attorneys for Plaintiff
9  BOARD OF TRUSTEES OF ALAMEDA COUNTY
10 MEDICAL CENTER

11                UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13

| | |
|---|---|
| BOARD OF TRUSTEES OF ALAMEDA COUNTY MEDICAL CENTER, a public hospital established by statute, | Case No.: C 12-05022 MEJ |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| WESTERN GROWERS ASSURANCE TRUST; and DOES 1 THROUGH 25, INCLUSIVE | **Judge: Magistrate Maria-Elena James** |
| Defendants. | |

////

////

- 1 -    NOTICE OF SETTLEMENT

1  TO THE COURT AND TO ALL PARTIES:

2  The entire case has been settled. The settlement agreement conditions
3  dismissal of this matter on the satisfactory completion of the specified terms that
4  are to be performed within sixty (60) days of the settlement.

5  A stipulation of dismissal will be filed on or before February 11, 2013.

Dated: December 13, 2012

STEPHENSON, ACQUISTO & COLMAN

_____/s/_____
CHRISTOPHER HAPAK
Attorneys for
ALAMEDA COUNTY MEDICAL CENTER



All pending deadlines and hearings are VACATED.
DATED: 12/14/2012

- 2 -   NOTICE OF SETTLEMENT

# PROOF OF SERVICE
## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 303 North Glenoaks Boulevard, Suite 700, Burbank, California 91502-3226.

On **December 13, 2012,** I served the foregoing document(s) described as **NOTICE OF SETTLEMENT** by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

JASON E. RESNICK, ESQ.
JONATHAN D. ALEXANDER, ESQ.
WESTERN GROWERS ASSURANCE TRUST
17620 Fitch Street
Irvine, CA  92614

[XX] BY MAIL:  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid at Burbank, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. [C.C.P. 1013a(3); F.R.C.P. 5(b)]

[XX] Federal:  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **December 13, 2012,** at Burbank, California.

/s/
ANGELA DEMERS

- 3 -   NOTICE OF SETTLEMENT